## Lizzie Schaberg, Appellee, v. John Hancock Mutual Life Insurance Company, Appellant.

### Gen. No. 40,688.

Heard in second division, first district, this court at April term, 1939; opinion filed April 2, 1940. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and James C. Rich, of counsel; Sol R. Friedman and I. S. Friedman, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."